60 F.3d 815
 Charles O. Little, Joyce D. Little
v.
Lycoming County, Pennsylvania, Lycoming County Sheriff's
Dept., Charles T. Brewer, Clinton W. Smith, Deputies of
Lycoming County Sheriff's Department, 'John Does,' 'Jane
Roes', Deputies Turner, Singer & Cohick of Lyc. Co.
Sheriff's Dept., Pennsylvania State Police, Officers of
Pennsylvania State Police, 'John Does,' 'Jane Roes', Any
Joining Conspirators, When Discovered, 'John Does,' Jane
Roes,' L through Unlimited
 NO. 94-7369
 United States Court of Appeals,
Third Circuit.
 May 26, 1995
 
 Appeal From: M.D.Pa., No. 92-cv-00142,
 McClure, J.
 
 
 1
 AFFIRMED.